E-filing

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 96-00069-001 |
|---|---|---|

## TRANSFER OF JURISDICTION

CR06-00082 SBA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Guam | DIVISION |
|---|---|---|
| Merna Zabala<br>c/o USPO Jacqueline Sharpe<br>Northern District of California<br>1301 Clay Street, Suite 220S<br>Oakland, California 94612-5206 | NAME OF SENTENCING JUDGE<br>David W. Hagen, Designated Judge | |
| | DATES OF SUPERVISED | FROM May 27, 2005 | TO May 26, 2010 |

OFFENSE

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE, 21 U.S.C. § 841(a)(1) and 846.**

ORIGINAL FILED
FEB 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___N/A___ DISTRICT OF ___GUAM___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

RECEIVED
JAN 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

1/12/2006
_Date_

DONALD W. MOLLOY, Designated Judge
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

2-1-06
_Effective Date_

_United States District Judge_

Case 1:96-cr-00069  Document 59  Filed 02/15/2006  Page 1 of 1

ORIGINAL